IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:00-00185-01

HARRY CARLOS OWEN

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to modify his sentence. (ECF No. 972). In particular, defendant asks the court to waive the accrued interest on his fine. Because this court is required to address defendant's postjudgment request, see United States v. Coleman, No. 08-4280, 319 F. App'x 228, 230-31 (4th Cir. Mar. 23, 2009), the government is directed to file a response to defendant's motion no later than August 4, 2017. The government's response should set forth its position as to whether there has been a material change in the defendant's financial situation that affects his ability to pay interest on his fine. See 18 U.S.C. § 3612(f)(3).

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, defendant, and the Probation Office of this court.

IT IS SO ORDERED this 5th day of July, 2017.

ENTER:

David A. Faber
Senior United States District Judge